NOONAN v. CHESTER PARK ATHLETIC CLUB CO. et al.

(Circuit Court, S. D. Ohio, W. D. June 23, 1896.)

No. 4,891.

FEDERAL COURTS—JURISDICTION IN PATENT CASES—RESIDENCE OF PARTIES.
In patent cases it is no objection to the jurisdiction that one of the defendants is a citizen of another state and district than that in which the suit is brought. In re Hohorst, 14 Sup. Ct. 221, 150 U. S. 653; In re Keasbey & Mattison Co., 16 Sup. Ct. 273, 160 U. S. 221, and Consolidated Fastener Co. v. Columbian Fastener Co., 73 Fed. 828, followed.

This was a suit by John J. Noonan against the Chester Park Athletic Club Company and the Devere Electric Company, both being Ohio corporations, and La Marcus A. Thompson, C. M. Lawson, Luke Lilley, and John Devere, individually, they being corporate officers, for alleged infringement of letters patent Nos. 332,762 and 367,252, issued to La Marcus A. Thompson, December 22, 1885, and July 26, 1887, respectively. The first-named patent was for gravity switchback railways, and the second for an improvement in elevated gravity and cable railroads. The patentee, Thompson, had assigned all his right, title, and interest in the said patents for the counties of Hamilton and Butler, Ohio, and the counties of Kenton, Campbell, and Boone, Ky., to the complainant, John J. Noonan. The infringement complained of was a pleasure railway erected on the Chester Park Athletic Club Company's grounds, in Hamilton county, Ohio.

George J. Murray, for complainant.
Wood & Boyd and Pogue & Pogue, for respondents.

SAGE, District Judge. Plea to jurisdiction by La Marcus A. Thompson, defendant, on the ground that he is not a resident of Cincinnati and citizen of the state of Ohio, but is a resident of the city of Chicago and a citizen of the state of Illinois. The plea will be overruled, upon the authority of In re Hohorst, 150 U. S. 653, 14 Sup. Ct. 221; In re Keasbey & Mattison Co., 160 U. S. 221, 16 Sup. Ct. 273; Consolidated Fastener Co. v. Columbian Fastener Co., 73 Fed. 828. The defendant will be allowed 30 days for answer.